

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00826-CR

**IN RE** Carlos V. **DE LA O**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed:  January 11, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed this pro se petition for writ of mandamus on December 22, 2016.  Relator has been appointed counsel to represent him in connection with the appeal from his criminal conviction.  Relator is not entitled to hybrid representation.  *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995).  The absence of a right to hybrid representation means Relator's pro se mandamus petition will be treated as presenting nothing for this court's review.  *Id*.; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding).  Accordingly, Relator's petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2001CR3651, styled *The State of Texas v. Carlos V. De La O*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Steve Hilbig presiding.